```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

MICHAEL J. O'CONNELL, et al.,   )
                                )
            Plaintiffs,          )
                                )
       v.                        )        No. 4:07 CV 417 DDN
                                )
SLAY PLUMBING COMPANY, LLC,     )
                                )
            Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that counsel for the parties shall appear for a status hearing on August 9, 2007, at 9:30 a.m.

                                            /S/ David D. Noce
                                   **UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.